No. 4,255.—JOHN E. BYRNE, Admr., Appellant, *v.* RICHARD MANGER, Respondent.

*Appeal from District Court, Broadwater County; John A. Matthews, Judge.*

Decided January 7, 1921.

PER CURIAM.—On motion of appellant, the appeal herein is dismissed.

*Mr. Earl F. Angel,* for Appellant.

*Messrs. Ford & Linn* and *Mr. N. B. Smith,* for Respondent.

---

Nos. 4,777, 4,778.—T. J. BENNETTS, Exr., Appellant, *v.* HUGH McDONALD et al., Respondents.

*Appeal from District Court, Silver Bow County; J. V. Dwyer, Judge.*

Decided January 8, 1921.

PER CURIAM.—On motion of respondents, the appeals herein are dismissed.

*Mr. W. E. Carroll,* for Appellant.

*Mr. W. D. Kyle,* for Respondents.